UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**************************************************
                                  *

| | | |
|---|---|---|
| REDFLEX TRAFFIC SYSTEMS, INC. | * | CIVIL ACTION NO. |
| | * | 12-cv-02119 |
| Plaintiff | * | |
| | * | |
| v. | * | SECTION "L" |
| | * | JUDGE ELDON FALLON |
| NEWELL NORMAND, in his official capacity as, | * | |
| SHERIFF, PARISH OF JEFFERSON, | * | |
| STATE OF LOUISIANA | * | |
| | * | MAGISTRATE 3 |
| Defendant | * | MAG. JUDGE KNOWLES |
| | * | |

**************************************************

## <u>LOCAL RULE 3.1 NOTICE</u>

Pursuant to Local Rule 3.1, Plaintiff, Redflex Traffic Systems, Inc. hereby notifies this Court of *Barry Sevin, et al v. Parish of Jefferson, et al*, E.D.La. No. 08-802, Sec. R which was filed into this Court and adjudicated fully by the Honorable Judge Sarah S. Vance in Section R. Since the instant suit was assigned to Section L, this notice is compulsory.

The instant suit involves the interpretation of the *Exclusive Professional Services Agreement Between Jefferson Parish, Louisiana and Redflex Traffic Systems, Inc. for Photo Red Light Enforcement Program*, dated March 16, 2007 ("Agreement") as well as the Automated Traffic Signal Enforcement ("ATSE") ordinance which enforced the program. The Court in *Sevin* previously adjudicated these very issues analyzing the exact same Agreement and exact same ATSE Ordinance. Further, Redflex Traffic Systems, Inc. believes that the Defendant in the instant suit will assert that it is retaining the money at issue pending resolution of two class actions attacking the constitutionality of the ATSE Ordinance and its enforcement, issues Judge Sarah S. Vance in Section R has already considered. Therefore, the subject matter of the instant

suit comprises all or a material part of the subject matter or operative facts of *Sevin*.  *See* L.R. 3.1.

Respectfully submitted,

MIDDLEBERG, RIDDLE & GIANNA

*/s/ Dominic J.Gianna*
Dominic J. Gianna (#6063)
Michele Allen-Hart (#25332)
Alan Dean Weinberger (#13331)
Hal D. Ungar (#31344)
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
Facsimile:  (504) 581-5983
**Attorneys for Redflex Traffic Systems, Inc.**

# C E R T I F I C A T E   O F   S E R V I C E

I hereby certify that on August 20, 2012, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

*/s/ Dominic J. Gianna*

ND: 4836-5289-6016, v.  1