UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REDFLEX TRAFFIC SYSTEMS, INC.** | **CIVIL ACTION** |
| **Plaintiff** | |
| | **NO.  12-02119** |
| **VERSUS** | |
| | **SECTION:   L** |
| **NEWELL NORMAND, in his official capacity as SHERIFF, PARISH OF JEFFERSON, STATE OF LOUISIANA** | **MAGISTRATE:  3** |

### MOTION FOR FIRST EXTENSION OF TIME

**ON MOTION OF** defendant, Newell Normand, in his official capacity as Sheriff, Parish of Jefferson, State of Louisiana, through undersigned counsel, and on suggesting to this Honorable Court that mover has recently been served with a copy of the Original Complaint filed herein. Mover desires a twenty (20) day extension of time within which to file responsive pleadings in order that an investigation of the allegations of the Original Complaint may be conducted and to prepare a defense thereon; therefore, an extension of twenty (20) days is respectfully requested.  Counsel for defendant certifies that no opposition to the granting of an extension of time has been filed into the record of the Court.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Drive - Suite 201
Metairie, Louisiana 70001
(504) 834-7676   –   Telephone
(504) 834-5409   -   Facsimile
lopinto3@aol.com   –   E-Mail

**BY:**    */s/ Joseph P. Lopinto, III*
_____
**DANIEL R. MARTINY (9012)**
**JOSEPH P. LOPINTO, III (29616)**
**Attorneys for Sheriff Newell Normand**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record herein.

*/s/ Joseph P. Lopinto, III*
_____
DANIEL R. MARTINY (9012)
JOSEPH P. LOPINTO, III (29616)
MARTINY & ASSOCIATES, LLC
131 Airline Drive, Suite 201
Metairie, Louisiana 70001
(504) 834-7676   –   Telephone
(504) 834-5409   -   Facsimile
lopinto3@aol.com   -   E-Mail