UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REDFLEX TRAFFIC SYSTEMS, INC. | CIVIL ACTION |
| VERSUS | NO. 12-2119 |
| NEWELL NORMAND | SECTION: L |

AMENDED JUDGMENT

The Judgment entered on December 13, 2012 is hereby AMENDED to reflect that the dismissal of plaintiff's action was **WITHOUT** prejudice.

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Newell Normand, and against plaintiff, Redflex Traffic Systems, Inc., dismissing said plaintiff's claims without prejudice and without costs.

IT IS FURTHER ORDERED that Plaintiff, Redflex Traffic Systems, Inc.'s Motion for a Rule 60(A) Correction of Judgment, (Rec. Doc. No. 19), is hereby DISMISSED AS MOOT.

New Orleans, Louisiana, this  20th  day of December, 2012.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**